IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLIANZ LIFE INSURANCE                                                                          PLAINTIFF
COMPANY OF NORTH AMERICA

V.                                              Civil No. 4:10-cv-04068

JERRY W. SCOGGINS, JR. AND                                                              DEFENDANTS
BRONSON S. SCOGGINS


### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is a Motion to Dismiss under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction filed by Defendant Jerry W. Scoggins, Jr. ("Scoggins").  ECF No. 4.  Plaintiff responded to this Motion on August 6, 2010 and objects to his request that this case be dismissed.  ECF No. 10.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Harry F. Barnes referred this Motion to this Court for the purpose of making a report and recommendation.  ECF No. 14.  In accordance with that referral, this Court enters the following report and recommendation.

In this Motion, Scoggins alleges Plaintiff's case should be dismissed because Plaintiff did not allege the proper amount in controversy.  ECF No. 4.  Scoggins alleges that Plaintiff only alleged $75,000.00 as the amount in controversy when it was required to allege an amount in controversy *exceeding* $75,000.00.  *Id.*  Scoggins also alleges that, due to the nature of this suit, Plaintiff *would never be able* to allege an amount in controversy over $75,000.00.  *Id.*  Therefore, Scoggins argues that this case must be dismissed.  *Id.*

This Court has reviewed Plaintiff's Complaint in Interpleader in this case.  ECF No. 1.  Scoggins correctly argues that only $75,000.00 is in dispute as a result of the proceeds from the

insurance policy at issue in this case. *Id.* Plaintiff, however, also requests "reasonable attorneys' fees" as a part of this action. *Id.* Such fees "are appropriately considered in determining the amount in controversy." *See Capitol Indem. Corp. v. Miles,* 978 F.2d 437, 438 (8th Cir. 1992). Therefore, this Court finds the amount in controversy in this case exceeds $75,000.00, and this case should not be dismissed.

Based upon the foregoing, this Court recommends that the Motion to Dismiss under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction (ECF No. 4) be **DENIED.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 20th day of September, 2010.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE