IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ALLIANZ LIFE INSURANCE
COMPANY OF NORTH AMERICA                                                PLAINTIFF


vs.                                    Civil No. 4:10-cv-04068


JERRY W. SCOGGINS, JR. and
BRONSON S. SCOGGINS                                                     DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed September 21, 2010, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. 16).  Judge Bryant recommends that Defendant's Motion to Dismiss to Dismiss under Rule

(12)(b)(1) for Lack of Subject Matter Jurisdiction (Doc. 4) be denied.  Separate Defendant, Jerry W.

Scoggins, Jr., has not filed objections to the Report and Recommendation, and the time to object has

passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation

*in toto*. The Motion to Dismiss  under Rule (12)(b)(1) for Lack of Subject Matter Jurisdiction (Doc.

4) is hereby **DENIED**.

        **IT IS SO ORDERED**, this 12th day of October, 2010.


                                        /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge