IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLIANZ LIFE INSURANCE
COMPANY OF NORTH AMERICA                                                    PLAINTIFF

vs.                          Civil No. 4:10-cv-4068

JERRY W. SCOGGINS, JR. and
BRONSON S. SCOGGINS                                                        DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed November 9, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 22). Judge Bryant recommends that Plaintiff's Motion for Default Judgment (Doc. 12) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Default Judgment is **GRANTED**, and Plaintiff is awarded attorney's fees and costs in the amount of $6,194.80. Separate Defendant Jerry W. Scoggins is awarded $68,805.20.

**IT IS SO ORDERED**, this 29th day of November, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge